**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendant**
Rancho Murieta Country Store, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| ROBERT KALANI,<br><br>    Plaintiff,<br><br>vs.<br><br>RANCHO MURIETA COUNTRY STORE, INC.,<br><br>    Defendant. | CASE NO. 2:15-cv-01282-MCE-AC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND AND TO CONTINUE DUE DATE FOR JOINT STATUS REPORT |

WHEREAS:

1. Plaintiff Robert Kalani filed this action on June 16, 2015.

2. Plaintiff and Defendant are in settlement negotiations at this time and it appears highly likely that a settlement is imminent, inasmuch as the CASp inspection and report needed to finalize a settlement has just been distributed to counsel for the parties for review.  It is estimated that approximately three weeks will be needed to negotiate and finalize the settlement.

3. A joint status report is due on September 8, 2015, however, the parties agree that settlement of this case would save valuable court time and resources and make preparation of the joint status report conference unnecessary. Further, preparation of the joint status report will add to the costs of the case and make it more difficult to reach a settlement.

4. The Defendant's time to respond has previously been extended, with response due August 24, 2015.

///

5. In order to facilitate settlement, the parties propose that the time for filing of Defendant's response be extended further to September 28, 2015 and that the joint status report due date be continued to October 13, 2015, pending court approval.

NOW THEREFORE, Defendant through its attorneys, and Plaintiff Robert Kalani, through his attorneys, hereby stipulate and agree that the new deadline for Defendant Rancho Murieta Country Store, Inc. to file an answer or otherwise respond to the complaint is September 28, 2015, and that the due date for the joint status report in this matter shall be continued to October 13, 2015, pending court approval.

**IT IS SO STIPULATED.**

MOORE LAW FIRM, PC

Dated: September 4, 2015            /s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Robert Kalani

Dated: September 4, 2015            /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendant
Rancho Murieta Country Store, Inc.

**ORDER**

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that Defendant Rancho Murieta Country Store, Inc. shall have until on or before September 28, 2015 to file an answer or otherwise respond in this action, and that the due date for the filing of the joint status report in this action be continued to October 13, 2015.

**IT IS SO ORDERED.**
Dated: September 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT